# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | GOSNELL DEVELOPMENT CORPORATION OF AZ |
| **Case Number:** | 2-97-10778-PHX-CGC     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 11, 2003 01:30 PM   11TH FLOOR # 2 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

**ADV: 2-97-00801**
**GOSNELL DEVELOPMENT CORP. OF ARIZONA vs HALL FAMILY PROPERTIES, LTD.**
CONTINUED STATUS HEARING ON COMPLAINT
**R / M #:**   0 / 0

## Appearances:

NONE

## Proceedings:

HEARING VACATED-JUDGMENT ENTERED 3/11/03