ARTHUR E. ROMLEY
Arizona Bar No. 1906

One Arizona Center – Suite 230
400 East Van Buren Street
Phoenix, Arizona 85004 – 2289
Telephone (602) 252 – 3400
Facsimile (602) 252 – 3499

Attorney for Defendant Hall Family Properties, Ltd.

**FILED**

MAR 1 1 2003

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

GOSNELL DEVELOPMENT
CORPORATION OF ARIZONA,

    Debtor.

———

GOSNELL DEVELOPMENT CORPORATION
OF ARIZONA,

    Plaintiff,

vs.

HALL FAMILY PROPERTIES, LTD., an
Arizona limited partnership, et al,

    Defendants.

Chapter 11

Case No. B-97-10778-PHX-CGC

(This matter assigned to Judge Baum)

Adv. No. 97-801

**FINAL JUDGMENT FOR DEFENDANT ELIAS M. ROMLEY
AND FOR DEFENDANT ROMLEY & ROMLEY**

- 1 -

Judgment for EMR and R&R (030305)

The above-entitled cause came on regularly for hearing before Judge Redfield T. Baum on Elias M. Romley's Motion for Summary Judgment and on Romley & Romley's Motion for Summary Judgment. The Court heard oral argument on both motions. After consideration of the written motions and supporting documentation and the opposition thereto, including the oral argument of counsel, the Court has determined, in accordance with Rule 56(c) and Rule 54(b), Federal Rules of Civil Procedure, (a) there is no genuine issue as to any material fact, (b) defendant Elias M. Romley and defendant Romley & Romley are each entitled to final judgment in their favor on plaintiff's Supplemental and Amended Complaint as a matter of law, (c) there is no just reason for delay in the entry of final judgment and (d) this Court should now enter final judgment in favor of each of said defendants.

ACCORDINGLY, IT IS HEREBY ORDERED AND DECREED that defendant Elias M. Romley and defendant Romley & Romley each have and recover final judgment against plaintiff Gosnell Development Corporation, also known as Gosnell Builders, on plaintiff's Supplemental and Amended Complaint, that said Supplemental and Amended Complaint be dismissed with prejudice as to defendant Elias M. Romley and defendant Romley & Romley, and that plaintiff take nothing thereby.

IT IS FURTHER ORDERED AND DECREED, in accordance with Rule 54(b), Federal Rules of Civil Procedure, and this Court hereby expressly determines, that there is no just reason for the delay in the entry of final judgment in favor of defendant Elias M. Romley and defendant Romley & Romley. The Clerk is expressly directed to enter final judgment forthwith.

IT IS FURTHER ORDERED AND DECREED that the hearing scheduled for 1:30 p.m. on March 11, 2003 be and the same is hereby vacated.

DATED this 11 day of March, 2003.

_____
Judge Redfield T. Baum

. . . .

. . . .

APPROVED AS TO FORM:

_____
Michael W. Carmel
Attorney for Plaintiff Gosnell Development
Corporation of Arizona, also known as
Gosnell Builders



Plaintiff Gosnell Development Corporation of Arizona, also known as Gosnell Builders, hereby acknowledges receipt of a copy of the foregoing Final Judgment from its attorney, Michael W. Carmel, this _____ day of March, 2003


By_____
   Its President

- 3 -

Judgment for EMR and R&R (030305)

APPROVED AS TO FORM:

_____
Michael W. Carmel
Attorney for Plaintiff Gosnell Development
Corporation of Arizona, also known as
Gosnell Builders


Plaintiff Gosnell Development Corporation
of Arizona, also known as Gosnell Builders,
hereby acknowledges receipt of a copy of the
foregoing Final Judgment from its attorney,
Michael W. Carmel, this 7th day of
March, 2003

By _____
    Its President

ARTHUR E. ROMLEY
ONE ARIZONA CENTER - SUITE 230
400 EAST VAN BUREN STREET
PHOENIX, ARIZONA 85004 - 2289

Judgment for EMR and R&R (030305)