# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | GOSNELL DEVELOPMENT CORPORATION OF AZ |
| **Case Number:** | 2-97-10778-PHX-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 17, 2003 09:00 AM   11TH FLOOR # 2 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | N/A |

## *Matter:*

ADV: 2-97-00801

**GOSNELL DEVELOPMENT CORP. OF ARIZONA vs HALL FAMILY PROPERTIES, LTD.**

PRETRIAL CONFERENCE IN RE: COMPLAINT

**R / M #:**   0 / 0

**OFF CALENDAR:   MATTER CONTINUED TO 9/16/03 PER AGREEMENT OF PARTIES**

## *Appearances:*

NONE

## *Proceedings:*

OFF CALENDAR: MATTER CONTINUED TO 9/16/03 PER AGREEMENT OF PARTIES