**FILED**

NOV 18 2003

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOSNELL DEVELOPMENT CORPORATION OF AZ., | ) ) | Case No.: 97-10778-ECF-CGC |
| Debtor. | ) ) ) | Adversary No.: 97-00801 |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | ) ) ) | |
| Plaintiff, | ) ) | ORDER REFERRING MATTER TO SETTLEMENT JUDGE |
| vs. HALL FAMILY PROPERTIES, | ) ) ) | |
| Defendant. | ) ) | |

Before the court is the request of the parties for a settlement conference before another judge, therefore;

IT IS HEREBY ORDERED this matter is referred to the Honorable EILEEN W. HOLLOWELL for judicial settlement conference.

DATED this 18th day of November, 2003.

Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 14th day of
November, 2003, to:

(Hand-delivered)
Hon. Eileen W. Hollowell

Office of The United States Trustee
P.O. Box 36170
Phoenix, Arizona 85067-6170

Michael W. Carmel
MICHAEL W. CARMEL, LTD
80 East Columbus
Phoenix, Arizona 85012-2334

Arthur E. Romley
400 East Van Buren Avenue, Suite 230
Phoenix, Arizona 85004-2289

by /s/ Julie McCarver
    Judicial Assistant