

FILED

DEC -1 2003

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>GOSNELL DEVELOPMENT CORPORATION OF AZ.,<br><br>Debtor. | Chapter 11<br><br>CASE NO. 97-10778-PHX-CGC |
| GOSNELL DEVELOPMENT CORPORATION OR ARIZONA<br><br>Plaintiff,<br><br>vs.<br><br>HALL FAMILY PROPERTIES,<br><br>Defendant. | ADV. 97-00801<br><br>ORDER RE SETTLEMENT CONFERENCE |

This matter has been referred to this court for a settlement conference.

**THEREFORE, IT IS ORDERED** as follows:

1. Each of the parties is directed to hand-deliver or telecopy (Fax #: (602) 640-5844) to this Court's Chambers **within 48 hours of receipt of this order,** a statement as to whether it is willing to participate in good faith in a court-supervised settlement conference, and a statement as to whether or not such party consents to this Judge acting as settlement judge. The notice is not to be delivered to the other parties. The notices will be reviewed only by this Court's staff. If any party does not consent, the matter will be referred back to Judge Baum. Staff will not inform this Judge of which party objected but only that an objection has or has not been filed.

2. If no party objects to this Court's participation, a settlement conference will be scheduled on **Wednesday, January 21, 2004 at 10:00 a.m.**

3. **All parties shall appear at the settlement conference with counsel and with a representative of each party authorized to resolve the issues in this case.**

4. The parties are required to exchange written settlement proposals no later than **5:00 p.m., on Wednesday, January 14, 2004.**

5. The parties are required to hand-deliver, telecopy (Fax #: (602) 640-5844) or e-mail (Jon_Saffer@azb.uscourts.gov) to Chambers, 2929 N Central Ave., 11th Floor, Phoenix, Arizona, no later than **Thursday, January 15, 2004,** a short statement addressing the following issues:

    a) A brief review of the procedural status of the case;

    b) A brief factual overview;

    c) Identification of the key factual and legal issues in dispute including a detailed "damages" analysis;

    d) A bullet-style list of your factual/legal strengths;

    e) A candid, bullet-style list of the other party's factual/legal strengths, along with your response;

    f) The underlying business or personal needs of *both* parties from a non-monetary perspective;

    g) An explanation of what impediments, if any, exist to a satisfactory settlement of the issues among these parties;

    h) A statement of the terms upon which such party would be willing to settle the outstanding issues in the case, including, but not limited to, a copy of the written settlement proposal exchanged pursuant to this Order;

    i) Any proposals for particular settlement or dispute resolution techniques that ought to be used by the Court;

j) What time constraints, if any, affect the reaching of a satisfactory settlement; and

k) A direction to the Court of which portions, if any, of the file should be reviewed prior to the conference; copies may be attached.

6. The foregoing Statements shall <u>not</u> be filed with the Clerk of the Court and shall <u>not</u> be served on the other parties. These are for the Court's review only and shall remain confidential and will not be disclosed to anyone including the trial judge. Documents submitted will be destroyed at the conclusion of the settlement conference. The parties are urged to be <u>fully candid and forthright</u> in their assessment of the present situation.

7. If the proposed schedule is unsatisfactory for any reason, the parties should first confer with each other and then contact the Court's staff to arrange a telephonic conference with the Court to resolve the scheduling issue.

**IT IS SO ORDERED.**

DATED this 1st day of December, 2003.

*/s/ Eileen W. Hollowell*
_____
EILEEN W. HOLLOWELL
United States Bankruptcy Judge

Copy of the foregoing mailed/delivered/faxed
this 1st day of December, 2003 to:

Michael Carmel
80 E Columbus
Phoenix, AZ 85012-2334
Attorney for Plaintiff

Arthur E. Romley
400 E Van Buren Ave., Suite 230
Phoenix, AZ 85004-2289
Attorney for Defendant

*/s/*
_____
Deputy Clerk

3