# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** GOSNELL DEVELOPMENT CORPORATION OF AZ
**Case Number:** 2:97-bk-10778-CGC  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, JANUARY 21, 2004 10:00 AM   11TH FLOOR # 1
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## Matter:

**ADV: 2-97-00801**
**GOSNELL DEVELOPMENT CORP. OF ARIZONA vs HALL FAMILY PROPERTIES, LTD.**
SETTLEMENT CONFERENCE
**R / M #:**  0 / 0
 **VACATED:  RESCHEDULED TO 2/6/04 @ 10:00 A.M.**

## Appearances:

NONE

## Proceedings:

VACATED: RESCHEDULED TO 2/6/04 @ 10:00 A.M.