# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | GOSNELL DEVELOPMENT CORPORATION OF AZ |
| **Case Number:** | 2:97-bk-10778-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 06, 2004 10:00 AM   11TH FLOOR # 1 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | RACHAEL STAPLETON |

## Matter:

ADV: 2-97-00801

**GOSNELL DEVELOPMENT CORP. OF ARIZONA vs HALL FAMILY PROPERTIES, LTD.**

SETTLEMENT CONFERENCE

**R / M #:**   0 / 0

## Appearances:

MICHAEL W. CARMEL ATTORNEY FOR GOSNELL DEVELOPMENT CORPORATION OF AZ, GOSNELL DEVELOPMENT CORP. OF ARIZONA

ARTHUR E. ROMLEY ATTORNEY FOR HALL FAMILY PROPERTIES, LTD.

## Proceedings:

Settlement discussions began.

Mr. Carmel put the terms of the settlement agreement on the record.

Mr. Romley agreed to the terms of the agreement.

All parties individually consented to the terms recited on the record.

COURT:  MR. CARMEL IS DIRECTED TO DRAFT A A SETTLEMENT ORDER AND LODGE IT WITH
            JUDGE BAUM AND THE PARTIES HAVE PROBLEMS THEY ARE TO CONTACT THIS COURT.