# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | GOSNELL DEVELOPMENT CORPORATION OF AZ |
| **Case Number:** | 2:97-bk-10778-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 17, 2004 09:00 AM   11TH FLOOR # 2 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

ADV: 2-97-00801

**GOSNELL DEVELOPMENT CORP. OF ARIZONA vs HALL FAMILY PROPERTIES, LTD.**

CONTINUED PRETRIAL CONFERENCE

R / M #:   0 / 0

## *Appearances:*

MICHAEL W. CARMEL ATTORNEY FOR GOSNELL DEVELOPMENT CORPORATION OF AZ
ARTHUR E. ROMLEY ATTORNEY FOR HALL FAMILY PROPERTIES, LTD.

## *Proceedings:*

Mr. Carmel informs the court that the parties reached an agreement during the settlement conference with Judge Hollowell. A binding agreement was placed on the record. The settlement documents will be filed by the end of the week.

Mr. Romley agrees.

COURT: IT IS ORDERED vacating this hearing.