

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 262-5747
Telephone (602) 262-5311

Joseph E. McGarry State Bar No. 000802
Gerald K. Smith State Bar No: 001428
Richard A. Halloran State Bar No. 013858

Attorneys for Party-in-Interest Daniel G. Gosnell

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | Case No. 2-97-10778-CGC |
| | Adv. No. 97-801 |
| Debtor, | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | |
| Plaintiff. | |
| vs. | |
| HALL FAMILY PROPERTIES, LTD. | |
| Defendants, | |

Notice is hereby given that the law firm of Lewis and Roca LLP, 40 North Central Avenue, Phoenix, Arizona 85004-4429, hereby withdraws as counsel of record in Adversary Proceeding No. 97-801 for Party-in-Interest Daniel G. Gosnell. The firm and undersigned counsel have not represented Mr. Gosnell and have not had any contact/communication with him for a number of years.

1503028.1



Counsel is not aware of any pending deadlines or other such duties counsel or client would have to comply with. Counsel believes that the former client is kept abreast of anything transpiring by Chapter 11 Debtor and/or other Parties-in-Interest.

DATED this 5th day of April, 2004.

LEWIS AND ROCA LLP

By <u>GKS (001428)</u>
    Joseph E. McGarry
    Gerald K. Smith
    Richard A. Halloran
Attorneys for Party-in-Interest Daniel G. Gosnell

COPY of the foregoing mailed
this 5th day of April, 2004, to:

Daniel G. Gosnell
P.O. Box 10055
Phoenix, AZ 85004-0055

Robert A. Gosnell
2728 North 24th Street
Phoenix, AZ 85008

Robert A. Gosnell
c/o Thomas J. Salerno, Esq.
Squires Sanders & Dempsey LLP
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498

William A. Gosnell
c/o Lee & Associates
3200 East Camelback, Suite 800
Phoenix, AZ 85018

Arthur E. Romley, Esq.
Romley & Romley
400 East Van Buren, Suite 230
Phoenix, AZ 85004-2297
Attorney for Hall Family Properties, Ltd.



1 | U.S. Trustee
2 | P O Box 36170
  | Phoenix AZ  85067-6170
3 |
4 | s/Lillian Mennie
  | Lillian Mennie
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |