Law Offices of
**MICHAEL W. CARMEL, LTD**.
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
(602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail:  michael@mcarmellaw.com

Attorney for Debtor/Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. B-97-10778-PHX-CGC |
| GOSNELL DEVELOPMENT ) | |
| CORPORATION OF ARIZONA, ) | |
| ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| GOSNELL DEVELOPMENT ) | Adversary No. 97-801 |
| CORPORATION OF ARIZONA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION** |
| ) | |
| HALL FAMILY PROPERTIES, ) | |
| LTD., an Arizona limited ) | |
| partnership, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

The parties, by and through their respective counsel undersigned, hereby stipulate and agree as follows:

1. On or about September 28, 1999, the Court entered an Interim Order sustaining the Plaintiff's position that the Economic Loss Rule precludes, as a matter of law, the tort/breach of fiduciary

duty claims asserted by Hall Family Properties, Ltd., in its Proof of Claim. The parties stipulate and agree to hereafter provide the Court with a formal written final order or judgment containing the necessary language, consistent with Rule 54(b), Federal Rules of Civil Procedure, as incorporated by Rule 7054, Federal Rules of Bankruptcy Procedure, that will enable Hall Family Properties, Ltd. to immediately appeal the Court's ruling on the Economic Loss Rule and to obtain appellate review of the Court's Order regarding the applicability of the Economic Loss Rule to the tort/breach of fiduciary duty claims asserted by Hall Family Properties, Ltd. in its Proof of Claim. Hall Family Properties, Ltd. will then file a Notice of Appeal from that Order.

2. The parties will then be free to exhaust all of their available remedies in the appropriate appellate courts.

3. If, at the time all appellate remedies are exhausted, Plaintiff has prevailed on the applicability of the Economic Loss Rule, all claims between the parties will be dismissed with prejudice. This includes, but is not limited to, the Proof of Claim filed by Hall Family Properties, Ltd., and the Supplemental and Amended Complaint filed in the Adversary Proceeding against Hall Family Properties, Ltd. and all its real or alleged partners. Plaintiff shall, in such event, also agree that Hall Family Properties, Ltd. was, and still is, a limited partner, and not a general partner, in Mary Ellen Properties Limited Partnership, and Plaintiff will not seek, cause, permit or allow either a dissolution of Mary Ellen Properties Limited Partnership or a call for a capital contribution to Mary Ellen Properties Limited Partnership. Finally, in such event, Plaintiff agrees that Hall Family Properties, Ltd. and its real and alleged partners do not now have, and will not hereafter have, any liability of any kind or nature to Plaintiff or to Mary Ellen Properties Limited Partnership.

4. If, at the time all appellate remedies are exhausted, Plaintiff has not prevailed on the applicability of the Economic Loss Rule, all claims and positions of the parties will be preserved as they exist as of February 6, 2004, as modified by the appellate courts.

/ / /

/ / /

5. The parties further stipulate and agree to put the instant adversary proceeding on hold, pending the completion of all available remedies in the appellate courts with respect to the applicability of the Economic Loss Rule.

DATED: April 22, 2004     MICHAEL W. CARMEL, LTD.

/s/ <u>Carmel, M.W.  (007356)</u>
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Plaintiff, Gosnell Development
 Corporation of Arizona

DATED: April 7, 2004     /s/ <u>Arthur E. Romley</u>
Arthur E. Romley
One Arizona Center - Suite 230
400 East Van Buren Street
Phoenix, Arizona 85004-2289
Attorney for Defendants, Hall Family Properties Ltd.,
Arthur Romley and Kathleen Romley