**ARTHUR E. ROMLEY**
Arizona Bar No. 1906

One Arizona Center – Suite 230
400 East Van Buren Street
Phoenix, Arizona 85004 – 2289
Telephone (602) 252 – 3400
Facsimile (602) 252 – 3499

Attorney for Hall Family Properties, Ltd.,
Arthur E. Romley and Kathleen L. Romley

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GOSNELL DEVELOPMENT CORPORATION OF ARIZONA,<br><br>         Debtor. | **Chapter 11**<br><br>**Case No. B-97-10778-PHX-CGC** |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA,<br><br>         Plaintiff/Appellee,<br><br>    vs.<br><br>HALL FAMILY PROPERTIES, LTD., et al,<br><br>         Defendants/Appellants. | **Adversary No. 97-801** |

## NOTICE OF APPEAL

Hall Family Properties, Ltd., an Arizona limited partnership, Arthur E. Romley and Kathleen L. Romley, the Appellants, hereby appeal to the United States District Court for the District of Arizona

- 1 -

under 28 U.S.C. § 158(a) from the judgment, order or decree of Judge Redfield T. Baum Sr. dated April 30, 2004 and entered by the Clerk of the Bankruptcy Court in the Adversary Proceeding on May 3, 2004 as Docket No. 195 (which placed in final appealable form Judge Baum's Interim Order of September 28, 1999).

The name of the party to the judgment, order or decree appealed from, and the name, address and telephone numbers of its attorney are:

    Party:    Gosnell Development Corporation of Arizona, Debtor/Plaintiff/Appellee

    Attorney:    Michael W. Carmel
Law Offices of Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone   (602) 264-4965
Facsimile    (602) 277-0144

DATED this 10th day of May, 2004.

/s/ Arthur E. Romley
Arthur E. Romley
One Arizona Center – Suite 230
400 East Van Buren Street
Phoenix, Arizona 85004-2289
Attorney for Hall Family Properties, Ltd., Arthur E. Romley and Kathleen L. Romley

On **May 10, 2004**, copy of the foregoing Notice of Appeal was:

**MAILED TO:**

Michael W. Carmel
Law Offices of Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Debtor/Plaintiff/Appellee
Gosnell Development Corporation of Arizona


/s/ Arthur E. Romley
      Arthur E. Romley

**ARTHUR E. ROMLEY**
ONE ARIZONA CENTER - SUITE 230
400 EAST VAN BUREN STREET
PHOENIX, ARIZONA 85004 - 2289