Name:
Address:
Phone:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter **11** |
| GOSWELL DEVELOPMENT CORPORATION OF ARIZONA | ) ) ) ) ) | Case No. **B-97-10778-PHX-CGC** Adversary No. 97-801 |
| Debtor. | ) | |

ELECTION TO HAVE APPEAL HEARD BY UNITED STATES DISTRICT COURT

Hall Family Properties, Ltd., an Arizona Limited Partnership, hereby requests its appeal from Judge Redfield T. Baum Sr.'s Order dated April 30, 2004 be heard by the United States District Court for the District of Arizona

Date MAY 10, 2004       Signature /s/ [signature]
                        ARIZONA BAR NO. 1906