

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>**GOSNELL DEVELOPMENT CORPORATION OF ARIZONA**<br><br>_____ Debtor(s)<br><br>**GOSNELL DEVELOPMENT CORPORATION OF ARIZONA**<br>                    Plaintiff(s)<br><br>v.<br><br>**HALL FAMILY PROPERTIES LTD ET AL**<br><br>_____ Defendant(s) | Chapter 11<br><br>Case No. 97-10778-PHX-CGC<br><br>Adv. No. 97-801<br><br>Civ. No.<br><br>NOTE:<br>ALL PLEADINGS WITH REGARD TO THIS MATTER <u>MUST</u> BE IDENTIFIED BY <u>BOTH</u> ADVERSARY NUMBER/CONTESTED MATTER LETTER <u>AND</u> CASE NUMBER.<br><br>**TRANSMITTAL OF APPEAL** |

TO: RICHARD H. WEARE
    CLERK, U.S. DISTRICT COURT
    FOR THE DISTRICT OF ARIZONA
    PHOENIX, ARIZONA

Transmitted herewith is:

A Notice of Appeal, a copy of the order of judgment appealed, and the election of appellant to have appeal heard by the District Court pursuant to 28 U.S.C. Section 158(c)(1).

Dated: May 17, 2004

                                             CLERK, U.S. BANKRUPTCY COURT

                                             By: _____

                                             Received by: _____
                                             Date: _____
                                             Assigned: _____

APEALTRN