# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA



FILED

MAY 17 2004

| | |
|---|---|
| In Re<br><br>GOSNELL DEVELOPMENT<br>CORPORATION OF ARIZONA<br><br><br>Debtor(s) | Chapter 11<br><br>Case No. 97-10778-PHX-CGC<br><br>Adv. No. 97-801 |
| GOSNELL DEVELOPMENT<br>CORPORATION OF ARIZONA<br><br><br><br>Plaintiff(s)<br><br>v.<br><br>HALL FAMILY PROPERTIES LTD<br>ET AL<br><br>Defendant(s) | NOTE:<br>ALL PLEADINGS WITH REGARD TO THIS<br>MATTER MUST BE IDENTIFIED BY BOTH<br>ADVERSARY NUMBER/CONTESTED MATTER<br>LETTER AND CASE NUMBER.<br><br><br>**NOTICE OF FILING OF A NOTICE<br>OF APPEAL AND NOTICE TO<br>APPELLANT AND NOTICE OF<br>REFERRAL OF APPEAL TO<br>DISTRICT COURT** |

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed with the Clerk of the U.S. Bankruptcy Court. A copy of the Notice of Appeal is attached, showing the date of filing. The appellant has filed an election to have appeal heard by District Court. Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 10 days of the filing of the Notice of Appeal, file with the Clerk of the U.S. Bankruptcy Court, P.O. Box 34151, Phoenix, Arizona, 85067 the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
2. A statement of the issues to be presented and serve a copy upon the appellee; and
3. A written request for the transcript and deliver a copy to the court reporter where the record designated includes a transcript of any proceeding or a part thereof.

Dated: May 17, 2004

CLERK OF COURT

By: _____
Deputy Clerk

Copy mailed May 17, 2004 to:

MICHAEL W CARMEL
LAW OFFICES OF MICHAEL W CARMEL
80 EAST COLUMBUS AVENUE
PHOENIX ARIZONA 85012-2334
ATTORNEY FOR DEBTOR/PLAINTIFF/APPELLE
GOSNELL DEVELOPMENT CORPORATION OF ARIZONA

ARTHUR E ROMLEY
ONE ARIZONA CENTER STE 230
400 EAST VAN BUREN STREET
PHOENIX ARIZONA 85004-2289
ATTORNEY FOR HALL FAMILY PROPERTIES LTD
ARTHUR E ROMLEY AND KATHLEEN L ROMLEY

By: _____
     Deputy Clerk

Encls. Copy of Notice of Appeal

APEALTRN