**ARTHUR E. ROMLEY**

Arizona State Bar No. 1906
Suite B-290  Park Place
4647 North 32nd Street
Phoenix, Arizona  85018-3345
Telephone  (602) 252-3400
Facsimile   (602) 252-3499
aeromley@msn.com
Attorney for Hall Family Properties, Ltd.


THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

————————————

| | |
|---|---|
| IN THE MATTER OF | ) )  ) ) ) | CV-04-0998-PHX-RGS |

IN THE MATTER OF                                        )
                                                         )
GOSNELL DEVELOPMENT                                      )        CV-04-0998-PHX-RGS
CORPORATION OF ARIZONA,                                  )
                                                         )
                        Debtor.                          )
—————————————————————————— )        BK-97-10778-PHX-CGC
                                                         )
HALL FAMILY PROPERTIES, LTD.                             )        ADV No. 97-0801
                                                         )
                        Appellant,                       )
                                                         )
                vs.                                      )
                                                         )
GOSNELL DEVELOPMENT                                      )        **NOTICE OF APPEAL**
CORPORATION OF ARIZONA,                                  )
                                                         )
                        Appellee.                        )
                                                         )

**NOTICE OF APPEAL TO**
**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

Hall Family Properties, Ltd., and any other party in the proceedings against whom an Order, Judgment or Decree has been or will be entered by the District Court, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Order, Judgment or Decree of the District Court for the District of Arizona entered in the above-captioned case on April 27, 2007, as well as from any future orders of the District Court hereafter entered in this matter, including the Request for Attorneys' Fees and Non-taxable Costs filed by Appellee on May 25, 2007 as Document 24.

The true parties to the proceedings in the District Court and to the Order, Judgment or Decree appealed from are (a) Hall Family Properties, Ltd. and (b) Gosnell Development Corporation of Arizona. The names and addresses of their respective attorneys are as follow:

Mr. Arthur E. Romley
Suite B-290
4647 North 32nd Street
Phoenix, Arizona 85018-3345
Telephone (602) 252-3400
Facsimile (602) 252-3499
aeromley@msn.com
Attorney for Hall Family Properties, Ltd.

Mr. Michael W. Carmel
Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, Arizona  85012-2334
Telephone  (602) 264-4965
Facsimile   (602)  277-0144
michael@mcarmellaw.com
Attorney for Gosnell Development Corporation of Arizona

Mr. Samuel S. Tiffany
Alcock & Associates, P.C.
One Renaissance Square
Two North Central Avenue, 26th Floor
Phoenix, Arizona  85004-2322
Telephone  (602) 404-6000
Facsimile   (602)  992-8244
sst@alcocklaw.com
Attorneys for Gosnell Development Corporation of Arizona

Mr. Charles A. Blanchard
Perkins Coie Brown & Bain PA
P. O. Box 400
2901 North Central Avenue
Phoenix, Arizona 85001-0400
Telephone  (602) 351-8070
Facsimile   (602)  648-7045
cblanchard@perkinscoie.com
Attorneys for Gosnell Development Corporation of Arizona

DATED May 25, 2007

__/s/  Arthur E. Romley_____
Arthur E. Romley
Attorney for Hall Family Properties, Ltd.

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

1. Michael W. Carmel
   michael@mcarmellaw.com

2. Samuel S. Tiffany
   sst@alcocklaw.com

3. Charles A. Blanchard
   cblanchard@perkinscoie.com

4. Clerk US Bankruptcy Court
   appeals@azb.uscourts..gov

\_\_/s/  Arthur E. Romley_____