UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

```
═══════════════════════════════ )
                                 )
In re:                           )
                                 )
GOSNELL DEVELOPMENT CORPORATION   CH: 11 )   2:97-bk-10778-CGC
OF ARIZONA                       )
                                 )
GOSNELL DEVELOPMENT CORP. OF ARIZONA )   ADV: 2-97-00801
vs HALL FAMILY PROPERTIES, LTD.  )
CONTINUED PRETRIAL CONFERENCE    )
─────────────────────────────── )
```

U.S. Bankruptcy Court
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1706

February 17, 2004
9:12 a.m.

BEFORE THE HONORABLE REDFIELD T. BAUM, Judge

APPEARANCES:

For the Debtor:            Michael W. Carmel
                           Michael W. Carmel, LTD.
                           80 East Columbus Avenue
                           Phoenix, Arizona 85012

For Hall Family            Arthur E. Romley
Properties, LTD:           Arthur E. Romley
                           4647 North 32nd Street #B290
                           Phoenix, Arizona 85018-3345

Proceedings recorded by electronic sound technician,
Juanita Pierson-Williams; transcript produced by Voice Writers
of America.

1        THE CLERK:  97-10778, Gosnell Development, Adversary
2   97-801, Gosnell versus Hall Family Properties.
3        MR. CARMEL:  Michael Carmel for Gosnell.
4        MR. ROMLEY:  Arthur Romley for Hall Family
5   Properties.
6        MR. CARMEL:  Your Honor, we had a settlement
7   conference with Judge Hollowell a week ago Friday, and we have
8   reached a resolution.  And the resolution encompasses the Court
9   issuing an order with Rule 54(b) language on the Economic Loss
10  Rule decision that you rendered several -- couple years ago.
11  And --
12       THE COURT:  Last decade?
13       MR. CARMEL:  Actually, it might have been the last --
14  towards the end of the last decade and that issue is going
15  to -- well, we have agreed that that issue should go up on
16  appeal and from there --
17       THE COURT:  Wait a minute.  You settled but it's
18  going up on appeal?
19       MR. CARMEL:  We've settled under certain terms that
20  will resolve, we think, the case, we hope in its entirety.
21  It's going to go up on appeal, the Economic Loss Rule.  If we
22  prevail, then there are certain rights that are going to flow
23  from that.  And if we lose, then there are certain rights that
24  are going to flow from that.  It's been reduced to writing.
25  Judge Hollowell felt, and -- and the parties feel that this is

1  the best way to go about handling it and may result, when it's

2  all said and done, and the case being fully resolved so, but

3  this is the best way that we felt to go forward and we are

4  going to be submitting that stipulation probably by the end of

5  this week.

6          THE COURT:  That the deal, Mr. Romley?

7          MR. ROMLEY:  Yes, Your Honor.  I believe that

8  Mr. Carmel has correctly recited what happened at our

9  settlement conference.

10          MR. CARMEL:  Judge, we do have a -- we do have a

11  stipulation on the record that is binding with Judge Hollowell,

12  and it's just subject to documentation and she retain

13  jurisdiction if there's any issues over the specific language

14  of it.  We're actually hoping to lodge that with you today but

15  there was a delay in just getting the document worked out so we

16  think that we're going to be able to lodge that by the end of

17  this week.

18          THE COURT:  Hearing vacated.  Thank you.

19          MR. CARMEL:  Thank you.

20          MR. ROMLEY:  Thank you, Your Honor.

21         (Whereupon, the proceeding ended at 9:14 a.m.)

22

23

24

25

I, Lydia Miller, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____        _____
Signature of Approved Transcriber        Date