Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtor/Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| | Case No. 2:97-bk-10778-CGC |
| GOSNELL DEVELOPMENT CORPORATION OF AZ, | |
| Debtor. | |
| GOSNELL DEVELOPMENT CORPORATION OF AZ, | **Adversary No. 2:97-ap-00801-RTB** |
| Plaintiff, vs. | **NOTICE OF RESCHEDULED HEARING** |
| HALL FAMILY PROPERTIES, LTD., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** the status hearing in the above-referenced adversary proceeding scheduled for September 1, 2009, at 1:30 p.m., has been rescheduled to **Wednesday, September 9, 2009, at 10:00 a.m.,** at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, Arizona, before the Honorable Redfield T. Baum.

1     DATED this 25th day of June 2009.

                                      MICHAEL W. CARMEL, LTD.

                                /s/Carmel, M.W. (007356)
                                  Michael W. Carmel
                                  80 East Columbus Avenue
                                  Phoenix, Arizona 85012-2334
                                  Attorney for Debtor/Defendant,
                                  Gosnell Development Corporation of AZ

COPY of the foregoing mailed
on June 25, 2009 to:

Arthur E. Romley, Esq.
4647 N. 32nd St.
Suite B-290
Phoenix, AZ 85018-3345

Daniel G. Gosnell
c/o Gerald K. Smith, Esq.
LEWIS and ROCA LLP
40 N. Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

/s/ Nancy G. Forty

2