FORM VAN−AD029

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:97−bk−10778−CGC |
| GOSNELL DEVELOPMENT CORPORATION OF AZ<br>*Debtor(s)* | Chapter: 11 |

| | |
|---|---|
| GOSNELL DEVELOPMENT CORP. OF ARIZONA<br>*Plaintiff(s)*<br><br>*v.*<br><br>HALL FAMILY PROPERTIES, LTD.<br>*Defendant(s)* | Adversary No.: 2:97−ap−00801−RTB |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 9/1/09 at 01:30 PM, to consider and act upon the following matters:

STATUS/SCHEDULING HEARING

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 15 days after service within which to serve and file a responsive memorandum, and the moving party shall have 10 days after service of the responsive memorandum to serve and file a reply.

**Date: June 25, 2009**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: davisl           Page 1 of 1          Date Rcvd: Jun 25, 2009
Case: 97-00801                Form ID: vanad029      Total Noticed: 1

The following entities were noticed by first class mail on Jun 27, 2009.
intp         +DANIEL G. GOSNELL,    C/O GERALD K. SMITH,    LEWIS AND ROCA LLP,    40 NORTH CENTRAL,
              PHOENIX, AZ 85004-4446
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla           GOSNELL DEVELOPMENT CORP. OF ARIZONA
dft           HALL FAMILY PROPERTIES, LTD.
                                                                                    TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2009**                          **Signature:**   *Joseph Speetjens*